CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CALLIE GLANTON STEELE (Bar No. 155442)
(E-Mail: Callie_Steele@fd.org)
Senior Litigator
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-6075
Facsimile: (213) 894-0081

Attorneys for Defendant
KIM MICHAEL SORGENTE

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA
### (WASHINGTON, DC)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KIM MICHAEL SORGENTE. | Case No. 1:21-mj-00634-RMM-1<br><br>**KIM MICHAEL SORGENTE'S REQUEST FOR NOTICE PURSUANT TO FEDERAL RULES OF EVIDENCE 404(b) AND 609** |

Pursuant to Rules 404(b) and 609 of the Federal Rules of Evidence, defendant Kim Michael Sorgente, hereby requests written notice by plaintiff, United States of America, of the nature of any evidence it intends to introduce at trial pursuant to Rules 404(b) and 609. Specifically, Mr. Sorgente requests notice under Rule 404(b), of other crimes, wrongs, or acts it intends to introduce, along with the purpose for which such evidence shall be offered. Mr. Sorgente also requests notice of any prior convictions the government intends to introduce pursuant to Rule 609.

//

1

It is the position of Mr. Sorgente that the notice should be provided no later than November 15, 2021, so that pretrial motions may be prepared.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED:  November 2, 2021          By /s/ *Callie Glanton Steele*
CALLIE GLANTON STEELE
Senior Litigator